AO 240 (Rev. 9/96)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 19 2024
TAMMY H. DOWNS, CLERK
By: ______ DEP CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

Plaintiff

v.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 4:24-cv-1115-BRW-BBM

I, Roy Pierce declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No," go to Part 2)
   If "Yes," state the place of your incarceration Calico Rock Arkansas 72519
   Are you employed at the institution? NO Do you receive any payment from the institution? NO
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment ☐ Yes ☒ No
   b. Rent payments, interest or dividends ☐ Yes ☒ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☒ No
   d. Disability or worker's compensation payments ☐ Yes ☒ No
   e. Gifts or inheritances ☐ Yes ☒ No
   f. Any other sources ☐ Yes ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts? ☐ Yes ☒ No

If "Yes," state the total amount. ______________________

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other
thing of value? ☐ Yes ☒ No

If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

None

I declare under penalty of perjury that the above information is true and correct.

11-27-24 Roy Pierce
Date Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

IN THE District COURT OF Pulaski COUNTY, ARKANSAS

IN RE PETITION OF Pierce
TO PROCEED IN FORMA PAUPERIS

CASE NO. ___________

**PETITION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS***

COMES NOW the Plaintiff, ROY Pierce, *pro se*, who hereby petitions the court for Leave to Proceed *In Forma Pauperis* and does allege and state as follows:

1. That Plaintiff, a resident of the State of Arkansas, has prepared and desires to file with this Court a 42 U.S.C. 1983.

2. That Plaintiff has completed an Affidavit in Support of Request to *Proceed In Forma Pauperis* setting out his/her income and assets. Plaintiff's Affidavit accompanies this petition.

3. That Plaintiff's income barely suffices to meet the costs of life's daily essentials and includes no allotment that could be budgeted to pay for court fees and costs incident to this proceeding.

4. That Plaintiff has no other income in addition to that described in his/her Affidavit and no means of paying such costs without being reduced to total impoverishment.

6. That Plaintiff believes that he/she is entitled to the relief requested in the accompanying Petition and that such action is not brought for a frivolous or malicious purpose.

WHEREFORE, Plaintiff prays that the court enter an order allowing the Plaintiff to prosecute this action *In Forma Pauperis* and that the Plaintiff may have the necessary writs and processes without payment of fees or costs for the same.

Respectfully submitted,

SIGNATURE: Roy Pierce
ADDRESS: 10 Prison Circle
Calico Rock Ar. 72519

PHONE: ______

IN THE District COURT OF Pulaski COUNTY, ARKANSAS

________ DIVISION

Roy Pierce PLAINTIFF

VS. NO. ________

Well-Path, ect DEFENDANT

AFFIDAVIT IN SUPPORT OF
REQUEST TO PROCEED *IN FORMA PAUPERIS*

I, Roy Pierce, being first duly sworn, depose and say that I am the Petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore; that I believe I am entitled to redress.

I further swear that the responses which I have made to questions below are true.

1. Are you presently employed? Yes ____ No X

If the answer is yes, state the amount of your salary of wages per month, and give the name and address of your employer.

If the answer is no, state the date of last employment and amount of salary and wages per month which you received. Sept. of 2023 Disable $958.00 months

2. Have you received, within the past twelve months any money from any of the following sources?

(a) Business, profession or any form of self-employment? Yes ____ No X

(b) Rent payments, interest or dividends? Yes ____ No X

(c) Pensions, annuities or life insurance payments? Yes ____ No X

(d) Gifts or inheritances? Yes ____ No X

(e) Any other sources? Yes ____ No X

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months. ________

3. Do you own any cash, or do you have any money in a checking or savings account?
Yes ____ No X

If the answer is yes, state the total amount in each account. ____________________

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)? Yes ____ No X

If the answer is yes, describe the property and state its approximate value. ____________

5. List the persons who are dependent upon you for support. State your relationship to those persons, and indicate how much you contribute toward their support.

None

6. TO BE COMPLETED ONLY IF PETITIONER IS INCARCERATED IN THE ARKANSAS DEPARTMENT OF CORRECTION OR ANY OTHER PENAL INSTITUTION.

Do you have any funds in the inmate welfare fund? Yes ____ No X

State the total amount in such account and have the certificate found below completed by the authorized officer of the institution.

I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury.

KENDALL ANTHONY PINKARD
COMM. EXP. 01-09-2027
No. 12701224
IZARD COUNTY
NOTARY PUBLIC - ARKANSAS

Roy Pierce
Signature of Petitioner

STATE OF ARKANSAS
COUNTY OF Izard

Petitioner, Roy Pierce, being first duly sworn under oath, presents that he has read and subscribed to the above and states that the Information therein is true and correct.

SUBSCRIBED AND SWORN TO BEFORE ME this 27th day of November, 2024.

[signature]
Notary Public
My Commission Expires: 01-09-2027

**The following must be completed:**

# CALCULATION OF INITIAL PAYMENT OF FILING FEE

(To be Completed by the Institution of Incarceration)

PLAINTIFF: Roy Pierce

ADC NUMBER: 159514

FEDERAL COURT CASE NUMBER (IF KNOWN): ______

| | |
|---|---|
| Total deposits for last six (6) months: | $ 0 |
| Average monthly deposit (total deposits divided by 6): | $ 0 |
| Total balances for last six (6) months: | $ 0 |
| Average monthly balance: (Total balances divided by 6) | $ 0 |
| Current account balance: | $ 0 |
| Initial payment of filing fee as of ______: | $ 0 |

(The greater of the average monthly deposit
Or the average monthly balance x .20)

DATE: 11/18/2024 AUTHORIZED OFFICIAL: Cristi Koffler

(NO FILING FEE SHALL BE IN EXCESS OF
$350.00 FOR A CIVIL LAWSUIT
OR
$505.00 FOR AN APPEAL)

Roy Pierce 159514

**CERTIFICATE**
(Prisoner Accounts Only)
(To be Completed by the Institution of Incarceration)

I certify that the applicant named herein has the sum of $ Ø on account to his/her credit at the ADC institution where he is confined.

I further certify that the applicant likewise has the following securities to his/her credit according to the records of said institution: ______________________________.

I further certify that during the past six months the applicant's average balance was $ Ø.

11/18/2024
Date

Christi Koffler
Signature of Authorized Officer of Institution

Roy Pierce 159514

**CERTIFICATE**

I hereby certify that the Petitioner herein, Roy Pierce, has the sum of $ Ø on account to his credit at the ADC institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said __________ institution: __________

__________.

Cristi Koffler 11/18/2024
Authorized Officer of Institution

IN THE __________ COURT OF _________ COUNTY, ARKANSAS

IN RE PETITION OF Roy Pierce
TO PROCEED IN FORMA PAUPERIS

CASE NO. ___________

**ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS***

On this day comes on to be heard the petition of Roy Pierce, that he/she be permitted to prosecute the above action *In Forma Pauperis*. The Court being satisfied of the truth of the facts alleged and good cause appearing thereto, IT IS HEREBY ORDERED:

1. That Plaintiff, Roy Pierce, be authorized and permitted to proceed in the above-captioned cause, *In Forma Pauperis*.

2. That the Clerk of the Court shall receive and file any necessary forms or pleadings incident to petitioner's action without requiring the payment of fees or costs.

3. That the sheriffs of the counties of the State of Arkansas shall serve writs or processes incident to petitioner's action without requiring the payment of fees or costs.

4. That no other officer shall require of the petitioner any fee or cost incident to this action.

IT IS SO ORDERED.

______________________________
Judge

______________________________
Date

800-4

STATE OF ARKANSAS )
) §
COUNTY OF Izard )

**AFFIDAVIT**

I, Roy Pierce, after first being duly sworn, do hereby swear, depose and state that: the Malvern unit APRN Took Back Brace away Nov 20, 2023, I am not sure of the date. I know it was in Nov. Calico Rock Dr. Anderson sent in the referral to get medical test did. The [illegible] on 3 different times, I am not sure on the date, please see Medical records. Then Dr. David [illegible] Jefferson Regional Hospital, & [illegible] problems with my Back [illegible]. They [illegible] with [illegible]. Then back [illegible] to Calico Rock, & medical here [illegible] And they see from my medical records that I have problems, but they can not do anything here to help me. They see [illegible] need [illegible] to fix my back [illegible] but [illegible] of Pine Bluff. ADC [illegible] medical. But I am in very Bad pain, [illegible]. See Statement of claims with known dates, they are true & correct to the best of my knowledge.

I further swear that the statements matters and things contained herein are true and accurate to the best of my knowledge, information and belief

11-27-24
DATE

KENDALL ANTHONY DRINKARD
COMM. EXP. 01-09-2027
No. 12701224
IZARD COUNTY
NOTARY PUBLIC - ARKANSAS

Roy Pierce
AFFIANT

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
SOCIAL SECURITY #

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 27th day of November, 2024.

[signature]
NOTARY PUBLIC

My Commission Expires: 01-09-2027