RECEIVED
US DISTRICT COURT
EASTERN DISTRICT ARKANSAS
2024 DEC 19 A 9:10
TAMMY H DOWNS

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 1 9 2024
TAMMY H. DOWNS, CLERK
By: DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
Centra; **DIVISION**

**CASE NO.** 4:24-cv-1115-BRW-BBM

**Jury Trial:** ☑ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Roy Pierce
ADC # 159514
Address: 10 Prison Circle, Calico Rock Ar. 72519

Name of plaintiff: ______
ADC # ______
Address: ______

Name of plaintiff: ______
ADC # ______
Address: ______

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Dexter Payne
Position: Director of ADC
Place of employment: Arkansas Dept. Corrections
Address: 6814 Princeton Pike, Pine Bluff Ar. 71602
Name of defendant: Aundrea F. Culclager
Position: Deputy Director of ADC



This case assigned to District Judge Wilson
and to Magistrate Judge Moore

Place of employment: Arkansas Depat. Corrections

Address: 6814 Princeton Pike, Pine Bluff Ar. 71602

Name of defendant: ______

Position: Charlotte Gardner Regional Ombudzman For Wellpath Regional Medical Director

Place of employment: Arkansas Depot. Corrections

Address: 6814 Princeton Pike, Pine Bluff Ar. 71602

Name of defendant: Jorge Dominicus

Position: CEO of Wellpath

Place of employment: 1283 Murfreesboro Rd. Ste 500

Address: Nashville, TN 37217

II. Are you suing the defendants in:

- ☑ official capacity only
- ☑ personal capacity only
- ☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No X

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: ______

______

Defendants: ______

______

# Defendants

Kip Hallman - President of WellPath

Dr. Carl Keldie - CCO OF WellPath

1283 Murfreesboro Rd. Ste. 500
Nashville, TN. 37217

Tony Tamer - CO-Founder / CO-CEO of HIG Cap-ital

Sami Mnaymneh - CO-Founder / CO-CEO of HIG Capital

1450 Brickell Ave 31st Floor
Miami, Florida 33131

Defendants of ADC - Calico Rock Medical

Marjorie Ann Hall-Parrott, - HSA

Lisa Y. Downing, - DON, RN

Sandra L. Lake, - APN

Samantha B. Anderson, APRN - Tele med.

Dr. Shawn Anderson, MD - NCU

David L. Smith, APRN - Telemedicine Provider

And Other unknow.

10 Prison Circle Calico Rock, Ar. 72519

☐ Court (if federal court, name the district; if state court, name the county):

______________________________

☐ Docket Number: ______________________________

☐ Name of judge to whom case was assigned: ______________________________

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) ______________________________

☐ Approximate date of filing lawsuit: ______________________________

☐ Approximate date of disposition: ______________________________

IV. Place of present confinement: NCU 10 Prison Circle Calico Rock, Ark. 72519

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__X__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: ______________________________

______________________________

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes __X__ No _____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ____ No X

If not, why? ________________________________________

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON Oct 3, 2023 surgery For Back postpone. Oct. 5, 2023 Court sentence me to ADC. For 3 years. I was Fast tracked to ADC. because of my Medical Condition. Nov 8, 2023 Back, NECK, C.O.P.D. and Heart. The surgery was to start the Operation For my Back, on NECK and Put PIN, PLATES in and work his way down my Back to FIX and repair BACK and Stop the PAIN and suFFering I am in. NOW I have been here in ADC For over a Year and my health has deteriorated, became much worse. The PAIN is unbearable. I Need the Operation. Please see Medical Records. HelP?

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To order the OPERATION to FIX My Back that was to be done before I was Sentenced Need surgery to stop the PAIN and SUFFering.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 27 day of NOV., 2024

Roy Pierce

Signature(s) of plaintiff(s)

Roy Pierce 159514
10 Prison Circle
Calico Rock, Arkansas
72519

quadient
FIRST CLASS MAIL
IMI
$004.01
12/16/2024 ZIP 72519
043M31245944
US POSTAGE

Pro Se Clerk
600 West Capitol Avenue, Room A149
Little Rock, Arkansas
72201