IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROY PIERCE**                                                                                             **PLAINTIFF**

**v.**                          **No. 4:24-cv-1115-DPM-BBM**

**DEXTER PAYNE, Director, ADC; ANDREA F. CULCLAGER, Deputy Director, ADC; CHARLOTTE GARDNER, Regional Ombudsman, Wellpath, ADC; JORGE DOMINICUS, CEO, Wellpath; KIP HALLMAN, President, Wellpath; CARL KELDIE, CCO, Wellpath; TONY TAMER, Co-Founder/Co-CEO, HIG Capital; SUNI MNAYMNEH, Co-Founder/Co-CEO, HIG Capital; MAJORIE ANN HALL-PARROTT, HSA; LISA Y. DOWNING, RN, Director of Nursing; SANDRA L. LAKE, APN; SAMANTHA B. ANDERSON, APRN-Telemed; SHAWN ANDERSON, Dr., MD, NCU; DAVID L. SMITH, APRN, Tele medicine Provider; DOES; VESTA BLANKS, Med, SVCS, Manager; WALKER, Nurse; and DEBORAH GATLIFF, PROVIDER**                                                  **DEFENDANTS**

## ORDER

On *de novo* review, the Court partly adopts the recommendation, *Doc. 19*, and partly overrules Pierce's objections, *Doc. 20*. Fed. R. Civ. P. 72(b)(3). The Court declines to end this case at this point.

Pierce's official capacity claims are dismissed for failure to state a claim. And the defendants Pierce didn't name in the amended

complaint should be dismissed. The Court instructs the Clerk to terminate Charlotte Gardner, Jorge Dominicus, Kip Hallman, Carl Keldie, Tony Tamer, Suni Mnaymneh, and the Does as parties in this action.

The Court declines to adopt the remainder of the recommendation. The Magistrate Judge is right that Pierce's blanket allegations about the "medical staff" aren't sufficiently specific to state a deliberate indifference claim against any specific person. And the Magistrate Judge warned Pierce that his failure to include details about each individual defendant would lead to dismissal. *Doc. 4 at 3.* But Pierce is entitled to another chance to provide details.

The Court grants Pierce leave to file a second amended complaint. He must include the "who, what, when, where" details about each defendant's alleged deliberate indifference. His second amended complaint is due by 8 September 2025. If he fails to file a second amended complaint, his case will be dismissed pursuant to LOCAL RULE 5.5(c).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 August 2025