# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ROY PIERCE**  **PLAINTIFF**

v.  No. 4:24-cv-1115-DPM

DEXTER PAYNE, Director, ADC;
ANDREA F. CULCLAGER, Deputy Director,
ADC; MAJORIE ANN HALL-PARROTT,
HSA; LISA Y. DOWNING, RN, Director of
Nursing; SANDRA L. LAKE, APN;
SAMANTHA B. ANDERSON, APRN-Telemed;
SHAWN ANDERSON, Dr., MD, NCU;
DAVID L. SMITH, APRN, Tele medicine
Provider; VESTA BLANKS, Med, SVCS,
Manager; WALKER, Nurse; and DEBORAH
GATLIFF, PROVIDER  **DEFENDANTS**

## ORDER

Pierce didn't file a second amended complaint. His remaining claims will therefore be dismissed without prejudice. *Doc. 21 at 2.*

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 September 2025