# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ROY PIERCE**                                                                                          **PLAINTIFF**

v.                                       No. 4:24-cv-1115-DPM

**DEXTER PAYNE, Director, ADC;
ANDREA F. CULCLAGER, Deputy
Director, ADC; CHARLOTTE GARDNER,
Regional Ombudsman, Wellpath, ADC;
JORGE DOMINICUS, CEO, Wellpath; KIP
HALLMAN, President, Wellpath; CARL
KELDIE, CCO, Wellpath; TONY TAMER,
Co-Founder/Co-CEO, HIG Capital; SUNI
MNAYMNEH, Co-Founder/Co-CEO, HIG
Capital; MAJORIE ANN HALL-PARROTT,
HSA; LISA Y. DOWNING, RN, Director of
Nursing; SANDRA L. LAKE, APN;
SAMANTHA B. ANDERSON, APRN-Telemed;
SHAWN ANDERSON, Dr., MD, NCU;
DAVID L. SMITH, APRN, Tele medicine
Provider; DOES; VESTA BLANKS, Med, SVCS,
Manager; WALKER, Nurse; and DEBORAH
GATLIFF, PROVIDER**                                                                                 **DEFENDANTS**

## JUDGMENT

Pierce's amended complaint is dismissed without prejudice.

*[signature: DPMarshall Jr.]*
_____
D.P. Marshall Jr.
United States District Judge

24 September 2025